# IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS EARL OATES,
        Appellant,

vs.

TIMOTHY FILSON, WARDEN; JAMES
DZURENDA, DIRECTOR; THE STATE
OF NEVADA DEPARTMENT OF
CORRECTIONS; AND THE STATE OF
NEVADA,
        Respondents.

No. 74444

**FILED**

FEB 01 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
      DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from "the decision of this court issued on 23rd day of October, 2017." Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, no decision was entered on October 23, 2017. To the extent that appellant's appeal is in regard to his postconviction petition for writ of habeas corpus, no decision had been made on the petition when appellant filed his appeal on November 6, 2017. To the extent that appellant appeals from the order transferring jurisdiction, no statute or court rule permits an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

                              Pickering , J.
                         Pickering

           , J.                           , J.
Gibbons                               Hardesty

cc: Hon. Linda Marie Bell, District Judge
Thomas Earl Oates
Attorney General/Carson City
Eighth District Court Clerk